# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

| | |
|---|---|
| **BAPTIST HEALTH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | Case No. 3:09CV060-MPM-SAA |
| **BANCORPSOUTH INSURANCE** ) | |
| **SERVICES, INC., d/b/a RAMSEY,** ) | |
| **KRUG, FARRELL & LENSING,** ) | |
| ) | |
| **Defendant.** ) | |

## AMENDED RE-NOTICE OF DEPOSITION

**TO:**   **Gordon Davenport**          **Allen Smith**
**Foley & Lardner, LLP**        **6 Shawbridge Ln.**
**Verex Plaza**                 **Little Rock, AR 72212**
**150 East Gilman Street**
**Madison, WI 53703**

TAKE NOTICE that Defendant, BancorpSouth Insurance Services, Inc., d/b/a Ramsey, Krug, Farrell & Lensing, will take, by audiovisual and stenographic means, the deposition of **Allen Smith** pursuant to the Federal Rules of Civil Procedure on Wednesday, December 9, 2009, beginning at 9:00 a.m., in the law offices of Quattlebaum, Grooms, Tull & Burrow PLLC, 111 Center Street, Suite 1900, Little Rock, Arkansas 72201.

This the 24th day of November, 2009.

Respectfully submitted,

/s/ Kevin Smith
KEVIN B. SMITH, MSB #10213

OF COUNSEL:

RILEY, CALDWELL, CORK & ALVIS, P.A.
Post Office Box 1836
207 Court Street
Tupelo, Mississippi 38802-1836
Telephone: (662) 842-8945
Facsimile: (662) 842-9032

Walter B. Cox, ASB #66015
COX, COX & ESTES, PLLC
P.O. Box 878
Fayetteville, Arkansas 72702
Telephone: (479) 251-7900
Facsimile: (479) 251-7910

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 24, 2009, I electronically filed the foregoing **Amended Re-Notice of Deposition** with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

- **Gordon Davenport**
  gdavenport@foley.com,sbidwell@foley.com

- **Tony H. McGrath**
  tmcgrath@foley.com,ballen@foley.com

- **Michael Noel Watts**
  mwatts@holcombdunbar.com,edanford@holcombdunbar.com,jmonaghan@holcombdunbar.com,tena@holcombdunbar.com

- **Bartholomew F. Reuter**
  breuter@foley.com

                                      /s/ Kevin Smith
                                  KEVIN B. SMITH, MSB #10213