# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

| | |
|---|---|
| **BAPTIST HEALTH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | Case No. 3:09CV060-MPM-SAA |
| **BANCORPSOUTH INSURANCE** ) | |
| **SERVICES, INC., d/b/a RAMSEY,** ) | |
| **KRUG, FARRELL & LENSING,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF SERVICE

Notice is hereby given that on December 14, 2009, Defendant BancorpSouth Insurance Services, Inc. d/b/a Ramsey Krug Farrell & Lensing tendered its **Responses to Plaintiff's First Set of Requests for Production of Documents** to counsel for Plaintiff.

THIS, the 14th day of December, 2009.

/s/ Kevin B. Smith
KEVIN B. SMITH, MSB NO.: 10213
**Certifying Attorney**

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2009, I electronically filed the foregoing with the Clerk of the Court using the ECF system which notification of such filing to the following:

**Walter Cox**
wcox@coxfirm.com

**Gordon Davenport**
gdavenport@foley.com,sbidwell@foley.com

**Tony H. McGrath**
tmcgrath@foley.com,ballen@foley.com

**Michael Noel Watts**
mwatts@holcombdunbar.com,edanford@holcombdunbar.com,jmonaghan@holcombdunbar.com,tena@holcombdunbar.com

**Bartholomew F. Reuter**
breuter@foley.com


/s/ Kevin B. Smith
KEVIN BRYAN SMITH, MSB #10213