UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| BAPTIST HEALTH,<br><br>        Plaintiff,<br><br>vs.<br><br>BANCORPSOUTH INSURANCE<br>SERVICES, INC., d/b/a/ RAMSEY, KRUG,<br>FARRELL & LENSING,<br><br>        Defendant. | Case No. 3:09CV060-MPM-SAA |

### NOTICE OF DEPOSITION

To:  J. Patrick Caldwell                              Walter Cox
     Kevin Bryan Smith                                Cox, Cox &Estes, PLLC
     RILEY, FORD, CALDWELL & CORK, P.A.               P.O. Box 878
     P. O. Box 1836                                   Fayetteville, AR 72702
     Tupelo , MS 38802-1836

       **PLEASE TAKE NOTICE** that Plaintiff Baptist Health will take the deposition upon oral examination of Kimberly Lloyd pursuant to the Federal Rules of Civil Procedure on February 2, 2010, commencing at 9:00 a.m., in the law offices of McCarter & English, LLP, CityPlace I, 185 Asylum Street, Hartford, CT 06103-3495.  The deposition will be recorded by stenographic means by a person authorized to administer oaths.  The deposition will continue from time to time and from place to place until completed.

MADI_2138086.1

Dated this 7th day of January, 2010

                                      FOLEY & LARDNER LLP

                                        s/Tony H. McGrath
Gordon Davenport III, WI Bar No. 1013931
Tony H. McGrath, WI Bar No. 1042806
FOLEY & LARDNER LLP
150 East Gilman Street
P.O. Box 1497
Madison, WI  53701-1497
Telephone: (608) 257-5035
Facsimile:  (608) 258-4258
gdavenport@foley.com
tmcgrath@foley.com

Michael N. Watts
HOLCOMB DUNBAR, P.A.
1312 University Ave.
Post Office Drawer 707
Oxford, MS 38655
Telephone:  (662) 234-8775
Facsimile:  (662) 238-7552
mwatts@holcombdunbar.com

*Attorneys for Baptist Health*

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 7, 2010, I electronically filed the foregoing **Notice of Deposition** with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

**James P. Caldwell**
caldwell@tsixroads.com

**Gordon Davenport**
gdavenport@foley.com,sbidwell@foley.com

**Kevin J. Egan**
kegan@foley.com

**Tony H. McGrath**
tmcgrath@foley.com,ballen@foley.com

**Bartholomew F. Reuter**
breuter@foley.com

**Kevin Bryan Smith**
kevinsmith@tsixroads.com

**Michael Noel Watts**
mwatts@holcombdunbar.com,edanford@holcombdunbar.com,jmonaghan@holcombdunbar.com,tena@holcombdunbar.com.

**Walter Cox**
wcox@coxfirm.com

            s/Tony H. McGrath
            Tony. H. McGrath
            Foley & Lardner LLP