UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| BAPTIST HEALTH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:09CV060- MPM-SAA |
| | ) |
| BANCORPSOUTH INSURANCE SERVICES, INC., d/b/a/ RAMSEY, KRUG, FARRELL & LENSING, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

**TO:** All Counsel of Record

Notice is hereby given that on January 15, 2010, Plaintiff Baptist Health tendered its **Plaintiff, Baptist Health's Responses to Defendant Bankcorpsouth Insurance Services, Inc.'s, d/b/a Ramsey, Krug, Farrell & Lensing's Second Set of Requests for Production of Documents** to counsel for Defendants by email and U.S. Mail.


January 15, 2010_____          /s/ Tony H. McGrath_____
Date                                       Signature

                                           Tony H. McGrath (admitted pro hac vice)
                                           **Certifying Attorney**
                                           *Attorney for Plaintiff, Baptist Health*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2010, I electronically filed foregoing with the Clerk of the Court using the ECF system which sends notification of such filing to the following:

- **James P. Caldwell** at caldwell@tsixroads.com
- **Kevin Bryan Smith** at kevinsmith@tsixroads.com
- **Gordon Davenport** at gdavenport@foley.com,sbidwell@foley.com
- **Tony H. McGrath** at tmcgrath@foley.com,ballen@foley.com
- **Bartholomew F. Reuter** at breuter@foley.com
- **Michael Noel Watts** at mwatts@holcombdunbar.com, edanford@holcombdunbar.com, jmonaghan@holcombdunbar.com, tena@holcombdunbar.com
- **Walter Cox** at wcox@coxfirm.com

s/Tony H. McGrath
Gordon Davenport III, WI Bar No. 1013931
Tony H. McGrath, WI Bar No. 1042806
FOLEY & LARDNER LLP
150 East Gilman Street
P.O. Box 1497
Madison, WI 53701-1497
Telephone: (608) 257-5035
Facsimile: (608) 258-4258
*Attorneys for Plaintiff, Baptist Health*