UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

BAPTIST HEALTH                                                     Plaintiff

vs.                                              Case No. 3:09CV060-MPM-SAA

BANCORPSOUTH INSURANCE
SERVICES, INC., d/b/a/ RAMSEY, KRUG,
FARRELL & LENSING,                                                 Defendant

## NOTICE OF ISSUANCE OF SUBPOENA

TO:   All Counsel of Record

PLEASE TAKE NOTICE that Plaintiff, Baptist Health, through counsel, has this date

issued a subpoena duces tecum to John S. Pierce pursuant to Rule 45 of the Federal Rules of

Civil Procedure.

Said subpoena duces tecum requires the said John S. Pierce to produce at the office of

Foley & Lardner, LLP, 777 E. Wisconsin Avenue, Milwaukee, WI or by mailing or sending via

Federal Express a copy of the following records no later than April 8, 2010:

See attached Exhibit "A"

Dated this the 26th day of March, 2010.

HOLCOMB DUNBAR, P.A.

s/Michael N. Watts
Michael N. Watts, MS Bar No. 7002
1312 University Ave.
Post Office Drawer 707
Oxford, MS 38655
Telephone: (662) 234-8775
Facsimile: (662) 238-7552
mwatts@holcombdunbar.com

Gordon Davenport III, WI Bar No. 1013931
FOLEY & LARDNER LLP
150 East Gilman Street
P.O. Box 1497
Madison, WI 53701-1497
Telephone: (608) 257-5035
Facsimile: (608) 258-4258
gdavenport@foley.com

*Attorneys for Baptist Health*

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2010, I electronically filed the foregoing Notice of Issuance of Subpoena with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

**James P. Caldwell**
caldwell@tsixroads.com

**Gordon Davenport**
gdavenport@foley.com,sbidwell@foley.com

**Kevin J. Egan**
kegan@foley.com

**Bartholomew F. Reuter**
breuter@foley.com

**Kevin Bryan Smith**
kevinsmith@tsixroads.com

**Michael Noel Watts**
mwatts@holcombdunbar.com,edanford@holcombdunbar.com,jmonaghan@holcombdunbar.com,tena@holcombdunbar.com.

**Walter Cox**
wcox@coxfirm.com

> s/Michael N. Watts
> Michael N. Watts
> Holcomb Dunbar, P.A.

## EXHIBIT A

## DEFINITIONS

For purposes of this subpoena, the term "document" is used in the broadest possible sense. It refers, without limitation, to all written, printed, typed, photostatic, photographed, recorded, or otherwise reproduced communications, data compilations, or representations of every kind, whether comprised of letters, words, numbers, pictures, sounds, or symbols, whether prepared by manual, mechanical, electronic, magnetic, photographic, or other means, as well as audio, video or other recordings of communications, oral statements, conversations, or events.

This definition includes, but is not limited to, any and all of the following: correspondence, notes, minutes, records, messages, memoranda, telephone memoranda, diaries, contracts, agreements, invoices, e-mails, orders, acknowledgements, receipts, bills, statements, appraisals, reports, forecasts, compilations, schedules, studies, summaries, analyses, pamphlets, brochures, advertisements, newspaper clippings, tables, tabulations, financial statements, working papers, tallies, maps, drawings, diagrams, pictures, film, microfilm, microfiche, computer-stored or computer-readable data, computer programs, computer printouts, telegrams, telexes, telefacsimiles, tapes, transcripts, recordings, and all other sources or formats from which data, information, or communications can be obtained.

Any preliminary versions, drafts, or revisions of any of the foregoing, any document which has or contains any attachment, enclosure, comment, notation, addition, insertion, or marking of any kind which is not a part of another document, or any document which does not contain a comment, notation, addition, insertion, or marking of any kind which is a part of another document, is to be considered a separate document.

## DOCUMENTS TO BE PRODUCED

1.    All documents, information and/or materials reviewed or relied upon in preparing the expert report in the litigation between Baptist Health and BancorpSouth Insurance Services, Inc., or forming the opinions expressed therein.

2.    All underwriting materials relating to Baptist Health.

3.    The working file of John S. Pierce relating to his retention in the litigation of *Baptist Health v. BancorpSouth Insurance Services, Inc.*

4.    All drafts of any expert report issued in *Baptist Health v. BancorpSouth Insurance Services, Inc.*

5.    All correspondence (including, but not limited to, emails) with BancorpSouth Insurance Services, Inc. or any of its representatives

relating to, referring to or otherwise regarding work done in the
case *Baptist Health v. BancorpSouth Insurance Services, Inc.*