UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| BAPTIST HEALTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 3:09CV060-MPM-SAA |
| BANCORPSOUTH INSURANCE ) | |
| SERVICES, INC., d/b/a RAMSEY, KRUG, ) | |
| FARRELL & LENSING, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### NOTICE OF DEPOSITION OF DAN A. BAILEY

To: J. Patrick Caldwell                       Walter Cox
    Kevin Bryan Smith                         COX, COX & ESTES, PLLC
    RILEY, FORD, CALDWELL & CORK, P.A.        P.O. Box 878
    P. O. Box 1836                            Fayetteville, AR 72702
    Tupelo, MS 38802-1836

**PLEASE TAKE NOTICE** that, pursuant to the Federal Rules of Civil Procedure, the deposition of Dan A. Bailey will be taken beginning at 9:00 a.m. on Friday, April 9, 2009, at the offices of Bailey Cavalieri LLC, 10 West Broad Street, Columbus, Ohio 43215. The deposition will be recorded by stenographic and/or audio means.

The deposition will continue from time to time and from place to place as necessary until completed, and may be used for all purposes contemplated under the Federal Rules of Civil Procedure.

Dated this 2nd day of April, 2010.

| | |
|---|---|
| CO-COUNSEL: | s/ Bartholomew F. Reuter |
| Gordon Davenport III, WI Bar No. 1013931 | Bartholomew F. Reuter, WI Bar No. 1034216 |
| FOLEY & LARDNER LLP | FOLEY & LARDNER LLP |
| 150 East Gilman Street | 777 E Wisconsin Avenue |
| P.O. Box 1497 | Milwaukee, WI 53202-5306 |
| Madison, WI 53701-1497 | Telephone: (414) 271-2400 |
| Telephone: (608) 257-5035 | breuter@foley.com |
| gdavenport@foley.com | |
| | *Attorneys for Plaintiff, Baptist Health* |
| Michael N. Watts (MSB #7002) | |
| HOLCOMB DUNBAR, P.A. | |
| 1312 University Ave. | |
| Post Office Drawer 707 | |
| Oxford, MS 38655 | |
| Telephone: (662) 234-8775 | |
| Facsimile: (662) 238-7552 | |
| mwatts@holcombdunbar.com | |

## CERTIFICATE OF SERVICE

        I hereby certify that on April 2, 2010, I electronically filed the foregoing **Notice of Deposition of Dan A. Bailey** with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

**James P. Caldwell**
caldwell@tsixroads.com

**Gordon Davenport**
gdavenport@foley.com,sbidwell@foley.com

**Bartholomew F. Reuter**
breuter@foley.com

**Kevin Bryan Smith**
kevinsmith@tsixroads.com

**Michael Noel Watts**
mwatts@holcombdunbar.com,edanford@holcombdunbar.com,jmonaghan@holcombdunbar.com,tena@holcombdunbar.com.

**Walter Cox**
wcox@coxfirm.com


        s/Bartholomew F. Reuter
        Bartholomew F. Reuter
        Foley & Lardner LLP