UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| BAPTIST HEALTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 3:09CV060-MPM-SAA |
| BANCORPSOUTH INSURANCE ) | |
| SERVICES, INC., d/b/a RAMSEY, KRUG, ) | |
| FARRELL & LENSING, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF DEPOSITION OF THOMAS H. BENTZ

To:  J. Patrick Caldwell                                    Walter Cox
     Kevin Bryan Smith                                      COX, COX & ESTES, PLLC
     RILEY, FORD, CALDWELL & CORK, P.A.                     P.O. Box 878
     P. O. Box 1836                                         Fayetteville, AR 72702
     Tupelo , MS 38802-1836

**PLEASE TAKE NOTICE** that, pursuant to the Federal Rules of Civil Procedure, the deposition of Thomas H. Bentz will be taken beginning at 9:00 a.m. on Friday, April 16, 2009, at the offices of Holland & Knight, LLP, 2099 Pennsylvania Avenue, NW, Washington, DC 20006. The deposition will be recorded by stenographic and/or audio means.

The deposition will continue from time to time and from place to place as necessary until completed, and may be used for all purposes contemplated under the Federal Rules of Civil Procedure.

Dated this 2nd day of April, 2010.

| | |
|---|---|
| CO-COUNSEL: | s/ Bartholomew F. Reuter |
| Gordon Davenport III, WI Bar No. 1013931 | Bartholomew F. Reuter, WI Bar No. 1034216 |
| FOLEY & LARDNER LLP | FOLEY & LARDNER LLP |
| 150 East Gilman Street | 777 E Wisconsin Avenue |
| P.O. Box 1497 | Milwaukee, WI 53202-5306 |
| Madison, WI 53701-1497 | Telephone: (414) 271-2400 |
| Telephone: (608) 257-5035 | breuter@foley.com |
| gdavenport@foley.com | |
| | *Attorneys for Plaintiff, Baptist Health* |
| Michael N. Watts (MSB #7002) | |
| HOLCOMB DUNBAR, P.A. | |
| 1312 University Ave. | |
| Post Office Drawer 707 | |
| Oxford, MS 38655 | |
| Telephone: (662) 234-8775 | |
| Facsimile: (662) 238-7552 | |
| mwatts@holcombdunbar.com | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2010, I electronically filed the foregoing **Notice of Deposition of Thomas H. Bentz** with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

**James P. Caldwell**
caldwell@tsixroads.com

**Gordon Davenport**
gdavenport@foley.com,sbidwell@foley.com

**Bartholomew F. Reuter**
breuter@foley.com

**Kevin Bryan Smith**
kevinsmith@tsixroads.com

**Michael Noel Watts**
mwatts@holcombdunbar.com,edanford@holcombdunbar.com,jmonaghan@holcombdunbar.com,tena@holcombdunbar.com.

**Walter Cox**
wcox@coxfirm.com


    s/Bartholomew F. Reuter
Bartholomew F. Reuter
Foley & Lardner LLP

MILW_9937139.1