UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

|  |  |  |
|---|---|---|
| BAPTIST HEALTH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 3:09CV060-MPM-SAA |
| BANCORPSOUTH INSURANCE | ) | |
| SERVICES, INC., d/b/a/ RAMSEY, KRUG, | ) | |
| FARRELL & LENSING, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF DEPOSITION

To:    J. Patrick Caldwell                                    Walter Cox
       Kevin Bryan Smith                                     Cox, Cox &Estes, PLLC
       RILEY, FORD, CALDWELL & CORK, P.A.     P.O. Box 878
       P. O. Box 1836                                         Fayetteville, AR 72702
       Tupelo , MS 38802-1836

   **PLEASE TAKE NOTICE** that Plaintiff Baptist Health will take the deposition

upon oral examination of John S. Pierce pursuant to the Federal Rules of Civil Procedure on May

6, 2010, commencing at 9:00 a.m. at the offices of Barger & Wolen, LLP, 650 California Street,

9th Floor, San Francisco, California, 94108.  The deposition will be recorded by stenographic

means by a person authorized to administer oaths.  The deposition will continue from time to

time and from place to place until completed.

Dated this 8th day of April, 2010.

s/ Gordon Davenport III

CO-COUNSEL:

Bartholomew F. Reuter, WI Bar No. 1034216
Foley & Lardner LLP
777 E Wisconsin Avenue
Milwaukee, WI 53202-5306
Telephone: (414) 271-2400
breuter@foley.com

Michael N. Watts **(MSB #7002)**
HOLCOMB DUNBAR, P.A.
1312 University Ave.
Post Office Drawer 707
Oxford, MS 38655
Telephone:  (662) 234-8775
Facsimile:  (662) 238-7552
mwatts@holcombdunbar.com

Gordon Davenport III, WI Bar No. 1013931
FOLEY & LARDNER LLP
150 East Gilman Street
P.O. Box 1497
Madison, WI  53701-1497
Telephone: (608) 257-5035
gdavenport@foley.com

*Attorneys for Plaintiff, Baptist Health*

2

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on April 8, 2010, I electronically filed the foregoing **Notice of Deposition** with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

**James P. Caldwell**
caldwell@tsixroads.com

**Gordon Davenport**
gdavenport@foley.com,sbidwell@foley.com

**Bartholomew F. Reuter**
breuter@foley.com

**Kevin Bryan Smith**
kevinsmith@tsixroads.com

**Michael Noel Watts**
mwatts@holcombdunbar.com,edanford@holcombdunbar.com,jmonaghan@holcombdunbar.com,tena@holcombdunbar.com.

**Walter Cox**
wcox@coxfirm.com


       s/ Gordon Davenport III
      Gordon Davenport III
      Foley & Lardner LLP

3