UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | | |
|---|---|---|
| **BAPTIST HEALTH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 3:09CV060-MPM-SAA |
| **BANCORPSOUTH INSURANCE** | ) | |
| **SERVICES, INC., d/b/a RAMSEY,** | ) | |
| **KRUG, FARRELL & LENSING,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF ISSUANCE OF SUBPOENA

**TO:** All Counsel of Record

PLEASE TAKE NOTICE that Defendant, BancorpSouth Insurance Services, Inc., d/b/a Ramsey, Krug, Farrell & Lensing, through counsel, has, on April 13, 2010, issued a subpoena to the 30(b)(6) representative of The Health Law Firm, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

Said subpoena requires the said 30(b)(6) representative of The Health Law Firm to appear for a deposition at the offices of Ramsey Krug Farrell & Lensing, 8315 Cantrell Road, Little Rock, Arkansas 72227-2357, beginning at 9:00 a.m. on Tuesday, April 27, 2010, and to produce at said location a copy of the following records:

See attached **Exhibits A and B**

This the 14th day of April, 2010.

                                                Respectfully submitted,

                                                /s/ Kevin Smith
                                                KEVIN B. SMITH, MSB #10213

OF COUNSEL:

RILEY, CALDWELL, CORK & ALVIS, P.A.
Post Office Box 1836
207 Court Street
Tupelo, Mississippi 38802-1836
Telephone: (662) 842-8945
Facsimile: (662) 842-9032

Walter B. Cox, ASB #66015
COX, COX & ESTES, PLLC
P.O. Box 878
Fayetteville, Arkansas 72702
Telephone: (479) 251-7900
Facsimile: (479) 251-7910

**CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2010, I electronically filed the foregoing **Notice of Issuance of Subpoena** with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

**Gordon Davenport**
gdavenport@foley.com,sbidwell@foley.com

**Michael Noel Watts**
mwatts@holcombdunbar.com,edanford@holcombdunbar.com,jmonaghan@holcombdunbar.com,tena@holcombdunbar.com

**Bartholomew F. Reuter**
breuter@foley.com

**Walter Cox**
wcox@coxfirm.com

    /s/ Kevin Smith
KEVIN B. SMITH, MSB #10213